UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **22-6023**

Case Title: **Joshua Jarrett, et al.** vs. **United States**

List all clients you represent in this appeal:

**The Center for Taxpayer Rights**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☑ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Audrey Patten**     Signature: s/ **Audrey Patten**

Firm Name: **The Legal Services Center of Harvard Law School**

Business Address: **122 Boylston St**

City/State/Zip: **Jamaica Plain, MA 02130**

Telephone Number (Area Code): **617-390-2550**

Email Address: **apatten@law.harvard.edu**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.