**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 11, 2023

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re:  Case No. 22-6023, *Joshua Jarrett, et al v. USA*
     Originating Case No. : 3:21-cv-00419

Dear Ms. Hill,

  Enclosed is a copy of the mandate filed in this case.

                                    Sincerely yours,

                                    s/Mackenzie A. Collett
                                      For Robin Baker

cc:  Mr. Ivan C. Dale
     Mr. Jeffrey Matthew Harris
     Mr. Cameron Thomas Norris
     Ms. Audrey Patten
     Ms. Jennifer Marie Rubin

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-6023

_____

Filed: October 11, 2023

JOSHUA JARRETT; JESSICA JARRETT

    Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA

    Defendant - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 08/18/2023 the mandate for this case hereby issues today.

COSTS: None